K. Otani

FILED

2016 FEB -5 PM 1:35

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
PLAINTIFF
V.
CARDONA-RAMIREZ, JUAN
DEFENDANT

CASE NUMBER: ED16-0029M-1

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 02-05-16   12:30   ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   21 USC 841 AND 21 USC 846

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☒ Yes   Language: Spanish

7. Year of Birth: 1980

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified: DUTY

10. Remarks (if any): ___

11. Name: A. NEGRELLI   (please print)

12. Office Phone Number: 909 386-3255

13. Agency: HSI

14. Signature: [signature]

15. Date: 02-05-16

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION