HILARY POTASHNER (No. 167060)
Federal Public Defender
(E-mail: Hilary_Potashner@fd.org)
                    (No.         )
Deputy Federal Public Defender
(E-mail:                          )
3801 University Ave, Suite 700
Riverside, California 92501
Telephone (951) 276-6346
Facsimile (951) 276-6368

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Juan Luis Cardona-Ramirez, Defendant | NO. ED16 MJ 29  Assertion of Fifth and Sixth Amendment Rights |

I, the above-named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

_____    _____
(Defendant's Signature)                              Attorney's Name/Signature

Date/Time _____2:45_____  a.m./p.m.

Interpreter: _____

1