Name and address

FILED
CLERK, U.S. DISTRICT COURT
FEB 9 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

---

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States

Plaintiff(s)

v.

Juan Luis Cardona-Ramirez

Defendant(s).

CASE NUMBER

16MJ0029

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

---

Juan Luis Cardona-Ramirez ☐ Plaintiff ☑ Defendant ☐ Other _____
Name of Party

hereby request the Court approve the substitution of __JAN EDWARD RONY__
                                                       New Attorney

as attorney of record in place and stead of __Kay Otani, DFPD__
                                              Present Attorney

Dated __2\09\16__                    X _____
                                     Signature of Party/Authorized Representative of Party

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated __2/9/2016__                   _____
                                     Signature of Present Attorney

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated __2\09\16__                    _____
                                     Signature of New Attorney

                                     __51450__
                                     State Bar Number

---

If party requesting to appear Pro Se:

Dated _____         _____
                                     Signature of Requesting Party

---

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

---

G-01 (03/06)                REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY