FILED
CLERK, U.S. DISTRICT COURT
FEB - 9 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DC DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States, Plaintiff(s)

v.

Juan Luis Cardona-Ramirez, Defendant(s)

CASE NUMBER: ED16 MJ 29-DUTY

ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

Juan Luis Cardona-Ramirez ☐ Plaintiff ☒ Defendant ☐ Other _____
Name of Party

to substitute __Jan Edward Ronis__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

105 West F. Street 3rd Floor
Street Address

San Diego CA 92101-6036       jan@ronisandronis.com
City, State, Zip              E-Mail Address

619-236-8344        619-236-8820        51450
Telephone Number    Fax Number          State Bar Number

as attorney of record in place and stead of __Kay Otani, DFPD__
Present Attorney

is hereby   ☒ GRANTED   ☐ DENIED

Dated 2/9/16

_____
U. S. District Judge/U.S. Magistrate Judge

NOTICE TO COUNSEL : IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.