UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. ED16MJ29-004  CourtSmart RS #3  Date: 02/09/2016

Present: The Honorable DAVID T. Bristow, U.S. Magistrate Judge

D. Castellanos — Deputy Clerk
Daffodil Tyminski — Assistant U.S. Attorney
Spanish / Patricia Bianchi — Interpreter / Language

USA v. Juan Luis Cardena Ramirez
☑ Present ☑ Custody ☐ Bond ☐ Not present

Attorney Present for Defendant: Jan Edward Ronis
☑ Present ☐ CJA ☑ Retd ☐ DFPD ☐ Not present

**PROCEEDINGS: DETENTION HEARING**

☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED
☐ Witnesses CST (see separate list).       ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
  ☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $** _____.    ☐ SEE ATTACHED COPY OF CR-01 BOND FORM
   **FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☑ Court orders further detention /bail hearing to be set on Feb. 16, 2016 at 11:00 ☑ a.m. / ☐ p.m. in Courtroom 3 before Judge David T. Bristow.
☐ Court orders case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____, in Courtroom _____ before Judge _____.
☐ Release Order Issued - Release No. _____
☑ Other: Waiver of Preliminary accepted and filed. The court sets PIH for Wednesday, March 09, 2016 @ 9:30 a.m. Riverside, Ca. The court grants request for substitution of counsel.

**PROCEEDINGS:** ☐ REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING
                 ☐ NEBBIA HEARING

Hearing on ☐ Plaintiff's ☐ Defendant's request for review / reconsideration of bail / detention order had and request is:
             ☐ GRANTED   ☐ DENIED
Court ORDERS bail as to the above-named defendant ☐ modified to ☐ set at: $ _____
  ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).       ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
  ☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____
  before Judge _____ in Courtroom _____.
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☐ Other _____

Release Order Issued - Release No. _____

: 5
Deputy Clerk Initials DC