UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN LUIS CARDONA-RAMIREZ,<br>  aka "Luis Anthony Ordin,"<br>JOSE ANGEL CARDONA-RAMIREZ,<br>  aka "Junior,"<br>  aka "Pollo,"<br>  aka "Nalgon,"<br>  aka "Gordo,"<br>CESAR EDUARDO CORTES,<br>  aka "Lalo," and<br>JOSE LUIS LOPEZ,<br>  aka "Caparatas,"<br><br>    Defendants. | ED CR No. CR 16-16 00017-JGB<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(B)(vii): Possession with<br>Intent to Distribute Marijuana; 18<br>U.S.C. § 2(a): Aiding and<br>Abetting] |

The Grand Jury charges:

[21 U.S.C. § 841(a)(1), (b)(1)(B)(vii); 18 U.S.C. § 2(a)]

On or about February 4, 2016, in Riverside County, within the Central District of California, defendants JUAN LUIS CARDONA-RAMIREZ, also known as ("aka") "Luis Anthony Ordin," JOSE ANGEL CARDONA-RAMIREZ, aka "Junior," aka "Pollo," aka "Nalgon," aka "Gordo," CESAR EDUARDO CORTES, aka "Lalo," and JOSE LUIS LOPEZ, aka "Caparatas,"

together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least 100 kilograms, that is, approximately 616 kilograms, of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

A TRUE BILL

/S/
_____
Foreperson

EILEEN M. DECKER
United States Attorney

*Scott Garringer*
*Deputy Chief, Criminal Division For:*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

KEVIN M. LALLY
Assistant United States Attorney
Chief, Organized Crime Drug
   Enforcement Task Force Section

BENJAMIN R. BARRON
Assistant United States Attorney
Deputy Chief, Organized Crime
   Drug Enforcement Task Force Section

DAFFODIL TYMINSKI
Assistant United States Attorney
Organized Crime Drug Enforcement
   Task Force Section