UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

ED

Case Number **CR 16 00017 JGB**    Defendant Number **1**

U.S.A. v. **Juan Luis CARDONA-RAMIREZ**    Year of Birth **1977**

[✓] Indictment   [ ] Information    Investigative agency (FBI, DEA, etc.) **HSI**

FILED 2016 MAR -4 PM 4:36 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CAL. LOS ANGELES BY:___

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:

[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense **February 5, 2016**

c. County in which first offense occurred

**Riverside**

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[ ] Los Angeles   [ ] Ventura
[ ] Orange   [ ] Santa Barbara
[✓] Riverside   [ ] San Luis Obispo
[ ] San Bernardino   [ ] Other _____

Citation of Offense   **21 U.S.C. 841(a)(1), (b)(1)(B)**

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No   [ ] Yes

IF YES   Case Number _____

Pursuant to General Order 14-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on: **February 5, 2016**

Case Number   **ED 16-0029-M**

Charging   **21 USC 841(a)(1), (b)(1)(B)**

The complaint:   [✓] is still pending
                [ ] was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?   [ ] No   [✓] Yes

IF YES, provide, Name:   **Jan Ronis**

Phone Number:   **619-236-8344**

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

**IS THIS A NEW DEFENDANT?**   [✓] Yes   [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on: _____

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge _____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?   ☑ YES   ☐ NO
IF YES, list language and/or dialect:
Spanish

**OTHER**

☑ Male   ☐ Female
☐ U.S. Citizen   ☑ Alien
Alias Name(s)   "Luis Anthony Ordin"

This defendant is charged in:   ☑ All counts
☐ Only counts: _____
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☐ No
The area of substantive law that will be involved in this case includes:

☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☑ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?   ☐ Yes   ☐ No

d. Is on bail or release from another district:
_____

Defendant is **in** custody:

a. Place of incarceration:   ☐ State   ☑ Federal

b. Name of Institution:   San Bernardino Jail

c. If Federal: U.S. Marshal's Registration Number:
   1602300188

d. ☐ Solely on this charge. Date and time of arrest:
_____

e. On another conviction:   ☐ Yes   ☑ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges:   ☐ Yes   ☑ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.   ____ 20   ____ 21   ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date   3/3/2016

Signature of Assistant U.S. Attorney
DAFFODIL TYMINSKI
Print Name