# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>5:16-CR-00017-JGB</u>          Recorder: <u>CS 03/09/2016</u>          Date: <u>03/09/2016</u>

Present: The Honorable <u>Sheri Pym</u>, U.S. Magistrate Judge

Court Clerk: <u>Irene Vazquez</u>                    Assistant U.S. Attorney: <u>Puneet Kakkar, AUSA</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| Juan Luis Cardona Ramirez<br>    Custody | Jan Edward Ronis<br>    Retained | Spanish | Patricia Bianchi |
| Cesar Eduardo Cortes<br>    Bond | Guadalupe Valencia<br>    Retained | | |
| Jose Angel Cardona-Ramirez<br>    Custody | Anthony E Colombo , Jr<br>    Retained | Spanish | Patricia Bianchi |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendants are arraigned and state true name is as charged.

Defendants are given a copy of the Indictment.

Defendants acknowledge receipt of a copy and waive reading thereof.

Defendants plead not guilty to all counts in the Indictment, The Court enters a plea of not guilty on behalf of the defendants to all counts in the Indictment.

This case is assigned to the calendar of District Judge Jesus G. Bernal.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 4/26/2016 at 9:00 AM
    Status Conference 4/11/2016 at 2:00 PM
    Motion Hearing 4/11/2016 at 2:00 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

Trial estimate: 2-3 days.

PIA: 00 : 10
Initials of Deputy Clerk: iv

cc: Statistics Clerk, PSALA Interpreter, PSAED, USMED

3/9/2016