1  EILEEN DECKER
   Acting United States Attorney
2  LAWRENCE MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   J. MARK CHILDS (Cal. Bar No. 162684)
4  Assistant United States Attorney
   OCDETF Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2433
7       Facsimile: (213) 894-0142
        E-mail:    Mark.Childs@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,          No. CR 16-17-JGB

13         Plaintiff,                 NOTICE OF ATTORNEY APPEARANCE
                                      FOR UNITED STATES
14              v.

15 JUAN LUIS CARDONA-RAMIREZ,

16         Defendant(s).

17

18      Plaintiff, United States of America, hereby advises the court

19 that the above-captioned case has been assigned to an Assistant

20 United States Attorney ("AUSA") as follows:

21

22 |                        | **Name**        | **E-mail Address**       |
   |------------------------|-----------------|--------------------------|
23 | **Newly Assigned AUSA**| J. Mark Childs  | Mark.childs@usdoj.gov    |
24

25 //

26 //

27 //

28

1  Please make all necessary changes to the court's Case
2 Management/ Electronic Case Filing system to ensure that the newly
3 assigned AUSA is associated with this case and receives all e-mails
4 relating to filings in this case.

6 Dated: 08/19/2016                    Respectfully submitted,

7                                      EILEEN DECKER
                                       United States Attorney

9                                      LAWRENCE MIDDLETON
                                       Assistant United States Attorney
                                       Chief, Criminal Division

11                                           /s/
                                       _____
                                       J. MARK CHILDS
12                                     Assistant United States Attorney

13                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA